IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No. 7:16-MJ-1018

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER GRANTING |
| | ) | DEFENDANT'S MOTION |
| CIERA N. MORGAN, | ) | |
| Defendant. | ) | |

THIS MATTER comes before the Court on Defendant's Motion for a Pre-Trial Limited Driving Privilege, filed February 22, 2016. The Court, seeing no objection by the Government, grants the Defendant's Motion.

IT IS ORDERED that the Defendant is granted a limited driving privilege during the standard working hours of 6:00 a.m. to 8:00 p.m., Monday through Friday, for the remaining twenty-day period of revocation for the following essential purposes: education, employment, medical care, religious worship, and maintenance of her household.

SO ORDERED, this the 26th day of February, 2016.

Robert B. Jones, Jr.
United States Magistrate Judge